UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        )
                                 )
            Petitioner,           )
     v.                           )
                                 )
ERIC H. ROSENFIELD,              )
                                 )
            Respondent.           )
_____)

**DECLARATION**

I, T. Janis, hereby declare as follows:

1. I am a duly commissioned Revenue Officer employed in the Office of the Area Director, Small Business/Self-Employed Collection Division, Internal Revenue Service, South Atlantic Area, Fort Lauderdale with a post of duty in Plantation, Florida. As a Revenue Officer I am authorized to issue Internal Revenue summonses pursuant to the authority contained in 26 U.S.C. Section 7602.

2. In my capacity as a Revenue Officer, I am conducting an investigation for the determination of the federal income tax liability (Form 1040) of Eric H. Rosenfield for the year 2008.

3. In furtherance of the above investigation and in accordance with section 7602 of Title 26 U.S.C., Revenue Officer Janis issued on April 1, 2010, an Internal Revenue Service summons (Form 6638) to Eric H. Rosenfield to give testimony and to produce for examination books, papers, records, or other data

-1-

EXHIBIT A

as described in said summons. The summons is attached to the petition as Exhibit A-1.

4. On April 1, 2010, Revenue Officer Janis left a copy of the summons with Trinity, over the age of sixteen (16), at the last and usual place of abode of the person to whom it was directed. Service of the summons is evidenced by the certificate of service on the reverse side of the summons.

5. On April 16, 2010, the respondent, Eric H. Rosenfield, appeared in response to the summons but did not provide the information and/or the documentation requested. The respondent's refusal to comply with the summons with respect to the year 2008 continues to the date of this declaration.

6. On June 14, 2010, Associate Area Counsel for the Internal Revenue Service sent a letter to the respondent offering the respondent another opportunity to appear before Revenue Officer Janis on June 25, 2010, to satisfy the summons. A copy of the letter is attached hereto as Exhibit A-2. An extension was granted through July 9, 2010; however, the respondent did not appear. The respondent's refusal to comply with the summons with respect to the year 2008 continues to the date of this petition.

7. The respondent has in his possession, custody, or control information, books, records, papers, and other data which may be relevant and material to the investigation.

8. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to determine the Federal income tax liability of Eric H. Rosenfield for the year 2008.

9. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

10. A Justice Department referral, as defined by 26 U.S.C. Section 7602, is not in effect with respect to Eric H. Rosenfield for the year under investigation.

11. The name T. Janis is my pseudonym, authorized by employment agreements with, and the internal policies of, the Internal Revenue Service to protect personnel, and is registered with the Internal Revenue Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __16th__ day of __August__, 2010.

_____
T. Janis
Revenue Officer

# Summons



## Income Tax Return

**In the matter of** Eric H. Rosenfield
**Internal Revenue Service** *(Identify Division)* Small Business / Self Employed
**Industry/Area** *(Identify by number or name)* Small Business / Self Employed - Area 23
**Periods:** December 31, 2008 and December 31, 2009

**The Commissioner of Internal Revenue**

**To:** Eric H. Rosenfield
**At:** 16294 Via Venetia Way

You are hereby summoned and required to appear before MS. T. JANIS, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years: 2008 and 2009

These records and documents include, but are not limited to: Forms W-2 *(Wage and Tax Statement)*, Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services *(including receipt of property other than money).* Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: 2008 and 2009

We have attached a blank return to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

300 LOCK ROAD, DEERFIELD BEACH, FL 33442- - (954)725-1954

**Place and time for appearance: At** 300 LOCK ROAD, DEERFIELD BEACH, FL 33442-

**IRS**

on the 16th day of April — at 1:30 o'clock p. m.

Issued under authority of the Internal Revenue Code this 1st day of April, 2010

Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 6638 (Rev.10-2006)
Catalog Number 61828W

MS. T. JANIS  *(signature)*
Signature of issuing officer

REVENUE OFFICER
Title

Signature of approving officer *(if applicable)*

Title

Original -- to be kept by IRS

EXHIBIT A-1



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on: **Eric H. Rosenfield**

Date: **April 1, 2010.**

Time: **2:15 p.m.**

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☑ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): **Trinity**

Signature: *J. Janis*

Title: **R.O.**

I certify that the copy of the summons served contained the required certification.

Signature: *J. Janis*

Title: **R.O.**

Catalog No. 61828W

Form 6638 (Rev. 10-2006)



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
1000 S. PINE ISLAND RD.
SUITE 300
PLANTATION, FLORIDA 33324
(954) 423-7951
FAX (954) 423-7930

CC:SB:3:FTL:GL-123409-10
NJKlahr

JUN 1 4 2010

Eric H. Rosenfield
16294 Via Venetia W.
Delray Beach, FL 33484

       Taxpayer: Eric H. Rosenfield
       U.S. Individual Income Tax Return (Form 1040)
       Tax Year: 2008
       Date Summons Served: April 1, 2010
       Appearance Date: April 16, 2010

Dear Mr. Rosenfield:

    Small Business/Self-Employed Area Collection of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on April 1, 2010, a copy of which is enclosed. Under the terms of the summons, you were required to appear before Revenue Officer T. Janis on April 16, 2010. Revenue Officer Janis is seeking information and documents pertaining to your outstanding Federal Income Tax Return for tax year 2008.

    Legal proceedings may be brought against you in the United States District Court for not complying with the summons. To avoid such proceedings, you are to appear before Revenue Officer:

       Name: T. Janis
       Date: **June 25, 2010**
       Time: **9:30 a.m.**
    Address: Internal Revenue Service
             7850 S.W. 6th Court, Stop 5420
             Plantation, FL 33324
             (954) 423-7895

EXHIBIT A-2

CC:SB:3:FTL:GL-123409-10          - 2 -

    Any books, records or other documents called for in the summons should be produced at that time.  If you have any questions, please contact Revenue Officer T. Janis at 954 423-7895.

                            Sincerely,

                            WILLIAM J. WILKINS
                            Chief Counsel

                    By: _____
                          KENNETH A. HOCHMAN
                          Associate Area Counsel
                          (Small Business/Self-Employed)

Enclosure:
    Copy of summons

cc: R.O. T. Janis
    John C. Knobelsdorf, II
    3730 Kirby Drive, Ste. 600
    Houston, TX 77098-3986



# Summons

## Income Tax Return

**In the matter of** Eric H. Rosenfield
**Internal Revenue Service** *(Identify Division)* Small Business / Self Employed
**Industry/Area** *(Identify by number or name)* Small Business / Self Employed - Area 23
**Periods:** December 31, 2008 and December 31, 2009

**The Commissioner of Internal Revenue**

**To:** Eric H. Rosenfield
**At:** 16294 Via Venetia Way

You are hereby summoned and required to appear before MS. T. JANIS, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years: 2008 and 2009

These records and documents include, but are not limited to: Forms W-2 *(Wage and Tax Statement)*, Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services *(including receipt of property other than money)*. Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: 2008 and 2009

We have attached a blank return to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

300 LOCK ROAD, DEERFIELD BEACH, FL 33442- - (954)725-1954

**Place and time for appearance: At** 300 LOCK ROAD, DEERFIELD BEACH, FL 33442-

**IRS**

Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6638 (Rev.10-2006)
Catalog Number 61828W

on the 16th day of April — at 1:30 o'clock p. m.
Issued under authority of the Internal Revenue Code this 1st day of April, 2010

MS. T. JANIS
Signature of issuing officer

REVENUE OFFICER
Title

Signature of approving officer *(if applicable)*

Title

**Original** -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on: **Eric H. Rosenfeld**

Date: **April 1, 2010.**   Time: **2:15 p.m.**

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☑ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): **Trinity**

Signature: *[signed] J. Janis*   Title: **R.O.**

I certify that the copy of the summons served contained the required certification.

Signature: *[signed] J. Janis*   Title: **R.O.**

Catalog No. 61828W   Form **6638** (Rev. 10-2006)